UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SOON J KIM | § | Case No. 1:15-09887-JBS |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 19,344.00<br>*(Without deducting any secured claims)* | Assets Exempt: 18,115.89 |
| Total Distributions to Claimants: 7,922.49 | Claims Discharged<br>Without Payment: 273,492.43 |
| Total Expenses of Administration: 2,077.51 | |

    3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 170,523.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,077.51 | 2,077.51 | 2,077.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 77,935.00 | 32,956.92 | 32,956.92 | 7,922.49 |
| **TOTAL DISBURSEMENTS** | $ 248,458.00 | $ 35,034.43 | $ 35,034.43 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 03/19/2015 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2017            By:/s/RONALD R. PETERSON
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 94 Cherbourg Ct Wheeling,IL 60090 | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree Po Box 6172 Rapid City, SD 55709 | | 144,674.00 | NA | NA | 0.00 |
| | Harris T & S Po Box 755 Chicago, IL 60690-0755 | | 25,849.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 170,523.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| RONALD R. PETERSON | 2200-000 | NA | 15.80 | 15.80 | 15.80 |
| ASSOCIATED BANK | 2600-000 | NA | 311.71 | 311.71 | 311.71 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,077.51 | $ 2,077.51 | $ 2,077.51 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981537 EL PASO, TX 79998 | | 7,295.00 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 982238 EL PASO, TX 79998-2238 | | 13,470.00 | NA | NA | 0.00 |
| | Chase/ Bank One Card Serv Po Box 15298 Wilmington, DE 19850 | | 5,608.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv Po Box 15298 Wilmington, DE 19850 | | 16,385.00 | NA | NA | 0.00 |
| | Citicards CBNA 701 60th St N Sioux Falls, SD 57104 | | 11,061.00 | NA | NA | 0.00 |
| | Commerce Bank 1045 Executive Parkway St Louis, MO 63141 | | 14,954.00 | NA | NA | 0.00 |
| | Fifth Third Bank-Credi 5050 Kingsley Dr MD# 1MOC2G Cincinnati, OH 45263 | | 8,611.00 | NA | NA | 0.00 |
| | T Mobile Po Box 742596 Cincinnati, OH 45274-2596 | | 551.00 | NA | NA | 0.00 |
| 4 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 7,295.49 | 7,295.49 | 1,753.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 550.24 | 550.24 | 132.27 |
| 1 | Commerce Bank | 7100-000 | NA | 14,049.70 | 14,049.70 | 3,377.40 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 11,061.49 | 11,061.49 | 2,659.06 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 77,935.00 | $ 32,956.92 | $ 32,956.92 | $ 7,922.49 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-09887 | JBS | Judge: | Jack B. Schmetterer | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|---|
| Case Name: | SOON J KIM | | | | | Date Filed (f) or Converted (c): | 03/19/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 05/04/2015 |
| For Period Ending: | 10/17/2017 | | | | | Claims Bar Date: | 11/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 94 Cherbourg Ct Wheeling,IL 60090 | 198,563.00 | 38,889.00 | | 10,000.00 | FA |
| 2. Business Checking Account from Chase ending 1517 | 1,079.17 | 0.00 | | 0.00 | FA |
| 3. Personal Checking Account from Chase ending 7289 | 286.72 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 6. 2013 Hyundai Genesis Mileage: 11,000 | 19,344.00 | 19,344.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $221,022.89        $58,233.00                $10,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017: No change in status. The case should be closed in the next 90 days.

April 26, 2016.  Real estate sold, and case ready for closing.

August 18, 2015, 03:41 pm.  Settled home and discharge issues pursuant to 9019.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 07/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-09887 | Trustee Name: RONALD R. PETERSON |
| Case Name: SOON J KIM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8794 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0445 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/15 | 1 | JOSEPH J. KIM 1890 S. cochran AveneApartment 27Los Angelse, CA 90019-5207 | Sale of Real Estate | 1110-000 | $10,000.00 | | $10,000.00 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,990.00 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.85 | $9,975.15 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.35 | $9,960.80 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.79 | $9,931.20 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.81 | $9,917.39 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.74 | $9,902.65 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.25 | $9,888.40 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.70 | $9,873.70 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.21 | $9,859.49 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.66 | $9,844.83 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.64 | $9,830.19 |

Page Subtotals:    $10,000.00    $169.81

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-09887 | Trustee Name: RONALD R. PETERSON | |
| Case Name: SOON J KIM | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8794 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX0445 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 10/17/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.14 | $9,816.05 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.59 | $9,801.46 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.10 | $9,787.36 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.55 | $9,772.81 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.53 | $9,758.28 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.10 | $9,745.18 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.49 | $9,730.69 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.00 | $9,716.69 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.44 | $9,702.25 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.96 | $9,688.29 |
| 09/29/17 | 30001 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $7,938.29 |
| 09/29/17 | 30002 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $15.80 | $7,922.49 |

Page Subtotals: $0.00 $1,907.70

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-09887 | Trustee Name: RONALD R. PETERSON |
| Case Name: SOON J KIM | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8794 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0445 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/17/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/17 | 30003 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim 1 representing a payment of 24.04 % per court order. | 7100-000 | | $3,377.40 | $4,545.09 |
| 09/29/17 | 30004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 2 representing a payment of 24.04 % per court order. | 7100-000 | | $2,659.06 | $1,886.03 |
| 09/29/17 | 30005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final distribution to claim 3 representing a payment of 24.04 % per court order. | 7100-000 | | $132.27 | $1,753.76 |
| 09/29/17 | 30006 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 4 representing a payment of 24.04 % per court order. | 7100-000 | | $1,753.76 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals: $0.00 $7,922.49

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8794 - Checking Account (Non-Interest Earn | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:  $0.00   $0.00